UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEOTERRY LEATHERWOOD, ET AL　　　　　　　CIVIL ACTION

VERSUS　　　　　　　　　　　　　　　　　　NO: 04-2096

NOBLE DRILLING CORP.　　　　　　　　　　SECTION: "J"(2)

### ORDER

Before the Court is the **Motion for Summary Judgment** filed by defendant Noble Drilling Corporation.  Plaintiffs oppose the motion.

Having reviewed the record, the memoranda of the parties, and applicable law, the Court finds that fact issues exist which preclude summary judgment.  Accordingly,

**IT IS ORDERED** that the **Motion for Summary Judgment** filed by defendant Noble Drilling Corporation (Rec. Doc. 38) should be and is hereby **DENIED**, and the **oral argument** set for February 15, 2006 is therefore **CANCELLED**.

New Orleans, Louisiana, this __9th__ day of February, 2006.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE